JINA L. CHOI (NY Bar No. 2699718)
JOHN S. YUN (CA Bar No.112260)
 yunj@sec.gov
SHEILA E. O'CALLAGHAN (CA Bar No. 131032)
 ocallaghans@sec.gov
ALICE L. JENSEN (CA Bar No. 203327)
 jensena@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:15-cv-03101-CRB |
| Plaintiff, | |
| v. | ORDER GRANTING REQUEST TO EXCEED PAGE LIMIT AND SET BRIEFING SCHEDULE |
| LUCA INTERNATIONAL GROUP, LLC, *et al.* | |
| Defendants and Relief Defendants. | |

The Court, having considered the Securities and Exchange Commission's request to exceed the page limits in its memoranda in support of its motion for preliminary relief, and good cause appearing there from, the motion is hereby GRANTED. The Commission may file a brief in support of its motion with a maximum of 25 pages and the defendants Binqing Yang and Lei (Lily) Lei's may each file an opposition brief with a maximum of 25 pages.

The Court also adopts the briefing schedule for the motion, opposition, reply and hearing set forth below:

Commission's Motion due:  July 17, 2015

Defendants' Opposition due:  July 31, 2015

Commission's Reply due:  August 12, 2015

Hearing:  September 2, 2015 at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: July 17, 2015

_____
Charles R. Breyer
UNITED STATES DISTRICT JUDGE