1  BINGQING YANG
   3704 Monte Sereno Ter
2  Fremont, CA 94539
   Telephone: (510) 498-8829
3
   Defendant, In Propria Persona
4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SECURITIES AND EXCHANGE COMMISSION | Case No.: 3:15-cv-0310-CRB |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DEFENDANT BINGQING YANG'S DATE TO FILE AND SERVE AN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY RELIEF TO AUGUST 7, 2015, AND EXTEND PLAINTIFF'S DATE TO FILE A RESPONSE TO AUGUST 19, 2015.** |
| v. | |
| LUCA INTERNATIONAL GROUP, LLC, et al. | |
| Defendants/Relief Defendants. | |
|  | ORDER |
| _____ | Hon. Charles Breyer, District Judge |

**STIPULATION**

Pursuant to Rule 6-1(a) of the Local Rules of the Northern District of California, counsel for Plaintiff SECURITIES AND EXCHANGE COMMISSION and Defendant BINGQING YANG, in propria persona, hereby stipulate that Defendant BINGQING YANG may have her date to file and serve an opposition to Plaintiff's Motion for Preliminary Relief extended to August 7, 2015. The parties stipulate that the date to file and serve plaintiff's responsive pleading be extended to August 19, 2015.

It is so stipulated.

SECURITIES AND EXCHANGE COMMISSION

Date: July 31, 2015       *John S. Yun*_____
                          John S. Yun, Esq.
                          Attorneys for Plaintiff


                             /s/
Date: July 31, 2015       _____
                          BINGQING YANG
                          Defendant, In Propria Persona

Approved as to Form:

LAW OFFICES OF GARRICK S. LEW

   /s/
_____
Garrick S. Lew
Attorney for Defendant Bingqing Yang

The hearing on plaintiff's motion for Preliminary Injunction and other Ancillary Relief to remain on Wednesday, September 2, 2015 at 2:00 p.m..

IT IS SO ORDERED.

Signed: August 3, 2015