JINA L. CHOI (N.Y. Bar No. 2699718)
JOHN S. YUN (Cal. Bar No.112260)
　yunj@sec.gov
SHEILA E. O'CALLAGHAN (Cal. Bar No. 131032)
　ocallaghans@sec.gov
ALICE JENSEN (Cal. Bar No. 203327)
　jensena@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUCA INTERNATIONAL GROUP, LLC; LUCA RESOURCES GROUP, LLC; LUCA ENERGY FUND, LLC; ENTHOLPY EMC, INC.; BINGQING YANG; LEI (LILY) LEI; ANTHONY V. POLLACE; and YONG (MICHAEL) CHEN,<br><br>　　　　Defendants, and<br><br>LUCA OPERATION, LLC; LUCA BARNETT SHALE JOINT VENTURE; LUCA TO-KALON ENERGY, LLC; LUCA OIL, LLC; LUCA I, LIMITED PARTNERSHIP; LUCA OIL II JOINT VENTURE; J&Q INT'L TRADING, INC.; SKYLINE TRADING, LLC; and XIANG LONG ZHOU,<br><br>　　　　Relief Defendants. | Case No. 3:15-cv-03101 CRB<br><br>**STIPULATION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AND DEFENDANT LEI (LILY) LEI TO ENTRY OF PROPOSED ORDER GRANTING PRELIMINARY INJUNCTION AND ORDERING OTHER ANCILLARY RELIEF AND TO EXTEND OPPOSITION DATE FOR OTHER RELIEF**<br><br>Date: NA<br>Time: NA<br>Judge: Charles R. Breyer<br>Courtroom: 6 (17th Floor) |

## **STIPULATION**

Plaintiff Securities and Exchange Commission, by and through its counsel of record, and defendant Lei (Lily) Lei ("Lei"), by and through her counsel of record, hereby stipulate as follows:

1. The Court may enter the attached Order Granting Preliminary Injunction and Ordering Other Ancillary Relief enjoining Lei from engaging in specified conduct, prohibiting the destruction of documents, and granting expedited discovery, pending further orders by the Court.

2. Lei may have an extension from July 31, 2015 to August 7, 2015 to file and serve an opposition to the portions of the relief sought in Plaintiff's Motion for Preliminary Injunction and Other Ancillary Relief to which the parties have not stipulated in the attached Order Granting Preliminary Injunction and Ordering Other Ancillary Relief. The parties also stipulate that Plaintiff's reply to any opposition papers by Lei will be filed and served on August 14, 2015. The parties to this Stipulation agree to advancing the hearing on Plaintiff's Motion for Preliminary Injunction and Other Ancillary Relief from Wednesday, September 2, 2015 to such date and time at the Court's earliest convenience on or after August 17, 2015.

DATED: July 31, 2015                     Respectfully Submitted,

*/s/ John S. Yun*
John S. Yun
Attorney for Plaintiff Securities and Exchange Commission

VICK LAW GROUP

*/s/ Scott Vick*
Scott Vick
Attorney for Defendant Lei (Lily) Lei

1  IT IS SO ORDERED:

2     The hearing on Plaintiff's Motion for Preliminary Injunction and Other Ancillary Relief

3  remains on <u>Wednesday</u>, September <u>2,</u> 2015 at <u>2:00</u> p.m.

4  Date: <u>August 3</u>, 2015              _____
                                           Hon. Charles R. Breyer