**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

  v.

LUCA INTERNATIONAL GROUP, LLC ET AL.,

        Defendants.

No. C15-03101 CRB

**ORDER DIRECTING FILING**

The Court has received Plaintiff Securities and Exchange Commission's (SEC's) Notice of Non-Receipt of Opposition Papers and of Non-Applicability of Bankruptcy Stay to Plaintiff's Motion for Preliminary Relief (dkt. 98). That Notice promised to provide the Court with briefing on the "non-application of the bankruptcy stay" and the "preliminary relief that is appropriate regarding the Luca Entities following their bankruptcy filings." Id. at 3. While that briefing might be helpful, the Court further DIRECTS the SEC to file a short statement explaining which of the remedies sought in the Motion for Preliminary Relief (dkt.

//
//
//
//

13) it continues to seek in light of the various stipulations in this case.

**IT IS SO ORDERED.**

Dated:  August 13, 2015

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE