**GARRICK S. LEW (SBN 61889)**
**RICHARD G. HULLINGER (SBN 294025)**
**Law Offices of Garrick S. Lew & Associates**
**1000 Brannan Street, Suite 488**
**San Francisco, CA 94103**
**Telephone: (415) 575-3588**
**Facsimile:   (415) 522-1506**
**gsl@defendergroup.com**
**richardh@defendergroup.com**

Attorneys for Defendant
**BINGQING YANG**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LUCA INTERNATIONAL GROUP, LLC, et al.<br><br>Defendants and Relief Defendants. | Case No. 15-CV-03101 CRB<br><br>**STIPULATION AND ORDER TO SET BRIEFING SCHEDULE FOR DEFENDANT BINGQING YANG'S MOTION TO STAY PROCEEDINGS**<br><br>Date:   October 9, 2015<br>Time:  10:00 a.m.<br>Judge: Charles R. Breyer<br>Courtroom:    6 (17th Floor) |

## STIPULATION

Pursuant to Rule 6-1(a) of the Local Rules of the Northern District of California, counsel for plaintiff Securities and Exchange Commission ("Commission") and for defendant Bingqing Yang ("Yang") hereby stipulate to the following briefing schedule for Ms. Yang's pending Motion to Stay Proceedings, which has been noticed for hearing at 10:00 a.m. on Friday, October 9, 2015.  This briefing schedule does not change the hearing date or time, and still allows the Court a full two weeks to consider the parties' submissions before the hearing:

1

1. The Commission's opposition papers will be filed and served by Friday, September 18, 2015.

2. Ms. Yang's reply papers will be filed and served by Friday, September 25, 2015.

IT IS SO STIPULATED

                        SECURITIES AND EXCHANGE COMMISSION

Dated: September 1, 2015    *John S. Yun*
                                       John S. Yun, Esq.
                                       Attorney for Plaintiff

                        LAW OFFICES OF GARRICK S. LEW & ASSOCIATES

Dated: September 1, 2015    *Garrick S. Lew*
                                       Garrick S. Lew, Esq.
                                       Attorney for Defendant
                                       Bingqing Yang

**ORDER**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that any opposition papers to defendant Bingqing Yang's Motion to Stay Proceedings will be filed and served by Friday, September 18, 2015, and any reply papers will be filed and served by Friday, September 25, 2015.

IT IS SO ORDERED

Dated: Sept. 3, 2015

                                    HONORABLE CHARLES R. BREYER
                                    UNITED STATES DISTRICT JUDGE