Andrew B. Holmes (SBN: 185401)
**HOLMES, TAYLOR & JONES LLP**
abholmes@htjlaw.com
617 South Olive Street, Suite 1200
Los Angeles, California  90014
Tel:  (213) 985-2200
Fax: (213) 973-6282

Attorneys for Defendants
Yong (Michael) Chen and Entholpy EMC, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LUCA INTERNATIONAL GROUP, LLC; LUCA RESOURCES GROUP, LLC; LUCA ENERGY FUND, LLC; ENTHOLPY EMC, INC.; BINGQING YANG; LEI (LILY) LEI; ANTHONY V. POLLACE; and YONG (MICHAEL) CHEN,<br><br>Defendants, and<br><br>LUCA OPERATION, LLC; LUCA BARNETT SHALE JOINT VENTURE; LUCA TO-KALON ENERGY, LLC; LUCA OIL, LLC; LUCA I, LIMITED PARTNERSHIP; LUCA OIL II JOINT VENTURE; J&Q INT'L TRADING, INC.; SKYLINE TRADING, LLC; and XIANG LONG ZHOU,<br><br>Relief Defendants. | Case No. 15-cv-03101-CRB<br><br>[Assigned to Hon. Charles R. Breyer]<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date:       December 18, 2015<br>Time:       10:00 a.m.<br>Courtroom: 6 (17th Floor) |

Case No. 15-cv-03101-CRB         [PROPOSED] ORDER ON REQUEST TO APPEAR BY TELEPHONE AT FURTHER CMC

## ORDER ON REQUEST TO APPEAR BY TELEPHONE

Pursuant to the Request of Andrew B. Holmes, counsel for Defendants Yong (Michael) Chen ("Chen") and Entholpy EMC, Inc. ("Entholpy"), pursuant to Northern District of California Local Rule 16-10(a), this Court grants permission to Mr. Holmes to appear by telephone at the upcoming Further Case Management Conference scheduled for December 18, 2015 at 10:00 a.m.

IT IS SO ORDERED.

Dated: December 14, 2015



Charles R. Breyer
UNITED STATES DISTRICT JUDGE

**Holmes, Taylor & Jones LLP**
617 South Olive Suite 1200
Los Angeles, California 90004

Case No. 15-cv-03101-CRB            -1-            [PROPOSED] ORDER ON REQUEST TO APPEAR BY TELEPHONE AT FURTHER CMC