AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ Northern _____ **District of** _____ California _____

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| LUCA INTERNATIONAL GROUP, LLC, ET AL. | |
| Defendant (s), | **CASE NUMBER:**   3:15-cv-03101 |

Notice is hereby given that, subject to approval by the court,   defendant Bingqing Yang   substitutes
(Party (s) Name)

John Chu _____ , State Bar No.   104302   as counsel of record in
(Name of New Attorney)

place of   Michael G.W. Lee _____ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:   Corporate Counsel Law Group, LLP

Address:   25 Kearny St., #302, San Francisco, CA 94108-5515

Telephone:   (415) 989-5300   Facsimile   (415) 788-4315

E-Mail (Optional):   jchu149@yahoo.com

I consent to the above substitution.

Date:   4/10/2016 _____

Bingqing Yang   (Signature of Party (s))

I consent to being substituted.

Date: _____

Michael G.W. Lee   (Signature of Former Attorney (s))

I consent to the above substitution.

Date:   4/11/2016 _____

John Chu   (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   April 20, 2016 _____

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**