UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br>v.<br>LUCA INTERNATIONAL GROUP, LLC, ET AL.,<br>Defendants and Relief Defendants. | Case No. 3:15-CV-03101 CRB<br>**~~[PROPOSED]~~ ORDER TO INCLUDE POST-JUDGMENT INTEREST IN THE FAIR FUND AND TO DISBURSE** |

The Court, having reviewed Plaintiff Securities and Exchange Commission's (the "Commission" or "SEC") Motion for an Order to Include Post-Judgment Interest in the Fair Fund and to Disburse, the accompanying Memorandum of Law in support thereof, the Declaration of Katherine Makari, Vice President at KCC, the Court-appointed Distribution Agent in this matter, and the Distribution Agent having provided the SEC with a Payee List in accordance with the Court-approved Distribution Plan (the "Plan"), and for good cause shown, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. Post-judgment interest, including any future post-judgment interest paid, will be included in the Fair Fund; and

3. The SEC shall transfer $1,950,316.20 to the escrow account established by the Distribution Agent at the Huntington National Bank, N.A.; and

4. The Distribution Agent shall disburse those funds to Eligible Claimants in accordance with the Plan.

**IT IS SO ORDERED**.

Dated: September 14, 2026

United States District Court Judge